McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ANTHONY STORM
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-0430 GGH |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~~~~~~~] FINDINGS AND ORDER |
| v. | |
| RICHARD D. NORIEGA, | DATE: October 20, 2008 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Gregory H. Hollows |

## STIPULATION

Plaintiff United States of America, by and through S. Robert Tice-Raskin, Assistant United States Attorney, together with the defendant, RICHARD D. NORIEGA, by and through his counsel Michael Petrik, Jr. of the Federal Defenders Office, stipulate to exclude time pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv)[Local Code T4], from the date this order is approved, until the time of the hearing on October 20, 2008.

The defendant made his initial appearance on September 9, 2008. At this time, defendant was arraigned on violation number F3636759/CA30 and pled not guilty to Title 21, United States Code, Section 844(a), Possession of Marijuana. The United States Attorney was continuing its investigation and had not yet filed

1 | an information.

2 |     The United States filed an Information against the defendant
3 | charging him with Title 21, United States Code, Section 844(a),
4 | Possession of a Controlled Substance, on September 18, 2008.
5 | Thereafter, a notice to appear for arraignment on October 20,
6 | 2008, was mailed to the defendant.

7 |     Defense counsel needs adequate time to review discovery,
8 | evaluate the case, and otherwise prepare the case, and requests
9 | time be excluded under the speedy trial act from the date of this
10 | order up to and including the date of the next hearing on October
11 | 20, 2008, pursuant to Title 18, United States Code, Section
12 | 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).
13 | The Government does not object.
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1 | The parties stipulate that the ends of justice served by
2 | granting the defendant's counsel time to diligently prepare
3 | outweigh the best interests of the defendant and the public in a
4 | speedy trial.
5 | DATED: September 25, 2008

Respectfully submitted,

McGregor W. Scott
United States Attorney

By: /s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney
[Read and approved per L.R. 83-181]

By: /s/ Anthony Storm
ANTHONY STORM
Certified Law Clerk

By: /s/ Michael Petrik, Jr.
MICHAEL PETRIK, Jr.
Office of the Federal Defender
Attorney for Defendant
RICHARD D. NORIEGA

ORDER

IT IS SO FOUND AND ORDERED this 30th day of Sept 2008.

By: GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge